Case 1:25-cv-05214-NGG-VMS    Document 14    Filed 09/18/25    Page 2 of 2 PageID #: 96

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* New York city Law Department

was received by me on *(date)* Oct 16, 2025

☒ I personally served the summons on the individual at *(place)* 100 Church street New York, NY 10007

on *(date)* Oct 16 2025 or 2:33pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there.

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* A. Goebler , who is

designated by law to accept service of process on behalf of *(name of organization)* New York City

Law Department on *(date)* Oct 16 2025 or 2:33pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Oct 16, 2025

_____
Server's signature

Robert Torres    930 Grand Avenue
Printed name and title
Bronx, NY 10451

_____
Server's address

Additional information regarding attempted service, etc: