Case 1:25-cv-05214-NGG-VMS    Document 9-1    Filed 09/18/25    Page 2 of 2 PageID #: 100

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eddie Martins

was received by me on *(date)*   December 5th, 2025

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  No One Home

DEC 9, 10, 11, 2025      ~~a person of suitable age and discretion who resides there,~~

on *(date)*   December 11, 2025   , and mailed a copy to the individual's last known address; or   570 N Bruner Ave
                                                                                      Indianapolis, IN 46219

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:   Went to the home on Dec 9, 10, 11 and
left the S&C nailed to the door.
Mail a copy on Dec 11, 2025

My fees are $  0  for travel and $  0  for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   December 11, 2025            _Orlando Torres_
                                         *Server's signature*

                                    _Orlando Torres_
                                     *Printed name and title*

                                    661 West 180th Street
                                    New York, NY 10033
                                         *Server's address*

Additional information regarding attempted service, etc: