

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ALEXANDRA CORSI**
*Senior Counsel*
phone: (212) 356-3545
fax: (212) 356-3509
acorsi@law.nyc.gov

March 12, 2026

**BY ECF**
Honorable Vera M. Scanlon
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Jeffrey Nesgi v. City of New York, et al.,</u>
     25 CV 5214 (VMS)

Your Honor:

  I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York in the above referenced matter. Pursuant to the Court's Order at the February 12, 2026 conference, Defendant City writes to advise the Court that the Office of the Corporation Counsel has determined that Defendant Eddie Martins is not entitled to representation in this matter pursuant to Gen. Mun. Law §50-k. Thus, it will not be representing Mr. Martins in this matter. Upon information and belief, the current contact information Defendant Martins is 540 N. Broome Avenue, Lindenhurst, New York 11757.

  Additionally, as directed, counsel for the City and Plaintiff conferred regarding discovery, and given the current posture of the case with defendant City to commence Rule 12 motion practice on April 17, 2026, defendant City and Plaintiff respectfully request that discovery not commence until after a disposition on defendant's motion, should the motion be denied. Moreover, it should be noted that the City and Plaintiff are also simultaneously discussing a potential resolution, and will advise the Court immediately should this case resolve.

        Respectfully submitted,

        /s/ *Alexandra Corsi*
        Alexandra Corsi
        *Senior Counsel*

cc: Rudy Velez, Esq. (by ECF)
  *Attorney for Plaintiff*