

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ALEXANDRA CORSI**
*Senior Counsel*
phone: (212) 356-3545
fax: (212) 356-3509
acorsi@law.nyc.gov

March 26, 2026

**<u>BY ECF</u>**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>Jeffrey Nesgi v. City of New York, et al.</u>,
           25 CV 5214 (NGG) (VMS)

Your Honor:

    I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and the New York City Police Department (collectively "City defendants") in the above referenced matter. In that capacity, I write to advise the Court that Plaintiff and the City defendants recently came to a settlement agreement. As such, City defendants respectfully request that the briefing schedule for the City defendants' motion to dismiss be adjourned *sine die.* At this time, the City has provided Plaintiff's counsel a copy of the necessary paperwork to finalize the settlement agreement; once that is returned to this Office, the Stipulation and Order of Dismissal will be filed with the Court.

    We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            /s/ *Alexandra Corsi*
            Alexandra Corsi
            *Senior Counsel*

cc:    Honorable Vera M. Scanlon (by ECF)
       Chief United States Magistrate Judge
       Eastern District of New York

       Rudy Velez, Esq. (by ECF)
       *Attorney for Plaintiff*