# MICHAEL L. SOSHNICK

*Attorney at Law*

170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

Tel: 516-294-1111
Fax: 516-294-5465
MSOSHNICK@SOSHNICKLAW.COM


June 22, 2026

VIA ECF
Chief Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Jeffrey Nesgi v. The City of New York (City)**
**Docket No.: 1:25-cv-05214-RPK-VMS**

Dear Judge Scanlon:

I am the attorney for Plaintiff Jeffrey Nesgi in the above-referenced case. I write in response to ECF Doc No. 32, filed on June 17, 2026 which is the Joint Proposed Civil Case Management Plan.

It has come to my attention that the version of the Plan filed was an earlier version that does not reflect the parties' mutual agreement. I respectfully request that my office be allowed to correct the error but need to know the procedure the Court wants followed in this matter. Kindly advise if the Court wants the Plaintiff to refile this or if the Document should be emailed so the documents may be swapped out by the Court Clerk's Office.

I apologize in advance for inconveniencing this Honorable Court.

Thank you.

Respectfully submitted,

Michael L. Soshnick
Attorney for Plaintiff

CC: Eddie Martins
MLS:ed
Encl.