# Exhibit A

THE BROOKLYN DISTRICT ATTORNEY'S OFFICE

KEEPING BROOKLYN SAFE AND STRENGTHENING COMMUNITY TRUST

ERIC GONZALEZ District Attorney

DISTRICT ATTORNEY
KINGS COUNTY
350 Jay Street
Brooklyn, NY 11201
(718) 250-2000
www.BROOKLYNDA.ORG

Eric Gonzalez
District Attorney

Press Office
(718) 250-2300

**FOR IMMEDIATE RELEASE**

Wednesday, September 7, 2022

# Brooklyn DA Eric Gonzalez to Dismiss 378 Convictions That Relied on 13 Officers Who Were Later Convicted of Misconduct While on Duty

***Following Examination by the Conviction Review Unit, The DA's Office Has Lost Confidence in Cases Where These Former Officers Were Essential Witnesses, Leading to One of the Largest Mass Exonerations Ever in the United States***

Brooklyn District Attorney Eric Gonzalez today announced that his Conviction Review Unit will be asking the Court to vacate and dismiss 47 felony convictions and 331 misdemeanor convictions that were directly based on the work of 13 former New York City Police Department officers who were later found guilty of crimes that were committed while on duty. A review by Brooklyn's CRU did not uncover misconduct, but the District Attorney has lost confidence in cases where these officers served as essential witness, i.e., cases that could not have been prosecuted without them. This is the sixth largest mass dismissal of convictions in U.S. history, according to data collected by the National Registry of Exonerations.

District Attorney ... ez said, "These former police officers were ... ave commi... ious misconduct that directly relates to their official job duties, calling into question the integrity of every arrest they have made. A thorough review by my Conviction Review Unit identified those cases in which their testimony was essential to proving guilt, and I will now move to dismiss those convictions as I no longer have confidence in the integrity of the evidence that underpinned them. Credibility and honesty are at the heart of the justice system, and we cannot improve community trust without adhering to the highest ethical standards."

The District Attorney's Office today will be asking Brooklyn Supreme Court Justice Matthew D'Emic to begin dismissing the felony convictions. The virtual hearing will take place at 350 Jay Street, 15th Floor, starting at 2:15 p.m.. The process of dismissing the misdemeanor convictions will begin in Brooklyn Criminal Court later this month.

The dismissals will be made pursuant to a writ of error coram nobis that states that prosecutors "have not identified any information or evidence indicative of innocence or of fabricated evidence and that probable cause existed for defendant's arrest, but that, nonetheless, in the interests of justice, which includes enhancing community trust in the criminal justice system and the proper preservation and prioritization of limited prosecutorial and judicial resources and pursuant to prosecutorial discretion" the DA's Office agrees to vacate the convictions and dismiss the charges. Defendants will not be entitled to refunds of fees or fines.

The review is an outgrowth of the District Attorney's decision in April 2021 to dismiss 90 convictions that relied on the work of former Detective Joseph Franco, who's been indicted in Manhattan for multiple perjuries. That decision not only led other city district attorneys to follow suit, but also sparked a review of past cases that were handled by other police officers who were similarly charged and convicted of misconduct that directly related to their job duties.

A total of 13 officers were identified, and 378 cases – 47 felonies and 331 misdemeanors – that resulted in a guilty plea or a trial conviction will now be dismissed. The vast majority of these cases are misdemeanor possession of a controlled substance and other drug offenses with the second largest category being vehicular and traffic law violations. They originated from arrests that took place between 1999 and 2017 and no one is currently incarcerated as a result of these conviction. About half the arrests (191) were made by four officers who were implicated in the Brooklyn South Narcotics corruption scandal in the late 2010s. Another 78 were made by two narcotics officers who pleaded guilty in 2019 for receiving a bribe in the form of sexual acts from a detainee. Most of the other officers were convicted of various crimes in other boroughs or in federal courts.

The full list of the former officers whose work was scrutinized is below (with the number of dismissed convictions in parenthesis):

• Jason Arbeeny (14) – convicted of official misconduct and related charges for planting drugs in 2007 while assigned to the Brooklyn South Narcotics Division.
• Michael Arenella (3) – convicted of petit larceny for taking money from an undercover in 2007 while assigned to Brooklyn South Narcotics Division.
• Michael Bergmann (1) – pleaded guilty to perjury in connection with a 2019 incident in which he testified falsely in the grand jury that a suspect almost ran him and his partner over with a car; video obtained by the Brooklyn DA's Office showed this didn't happen.
• Jerry Bowens (134) – pleaded guilty to murder and falsifying business records. While assigned to Brooklyn South Narcotics Division in 2008, he supplied drugs to an informant in exchange for information. While his criminal case was pending, in 2009, he shot and killed his ex-girlfriend.
• Richard Danese (4) – pleaded guilty to disorderly conduct in Staten Island in connection with a Halloween 2007 incident in which he and his partner unlawfully imprisoned a 14-year-old boy suspected of misconduct and abandoned him in a marsh.
• Sasha Diaz (15) – pleaded guilty to perjury in Manhattan for falsely testifying to a grand jury about observing a firearm in 2014; also convicted in Queens of offering a false instrument for filing, in which she lied about observing a drug deal.
• Michael Foder (27) – pleaded guilty to federal perjury charges in the Eastern District of New York for testifying falsely at a

2018 hearing about when and how he conducted photo arrays of two robbery suspects in Brooklyn.

- Richard Hall (18) – pleaded guilty to bribe receiving and official misconduct for releasing a woman from custody in exchange for sexual favors from her in 2017.
- Sean Johnstone (40) – convicted of conspiracy for paying off informants with drugs in 2007, while assigned to the Brooklyn South Narcotics Division as an undercover.
- Admir Kacamakovic (14) – pleaded guilty in federal court for civil rights violations for assaulting a bar patron with pepper spray and unlawfully detaining him while in uniform in 2008.
- Eddie Martins (60) – pleaded guilty to bribe receiving and official misconduct for releasing a woman from custody in exchange for sexual favors from her in 2017.
- Oscar Sandino (43) – pleaded guilty to deprivation of civil rights for forcing a woman he arrested to perform oral sex in a Queens stationhouse bathroom in 2008; also pleaded guilty to assaulting an off-duty court officer who was in custody.
- Henry Tavarez (5) – pleaded guilty to offering a false instrument for filing for making false statements regarding a buy-and-bust operation in 2009 while assigned to Queens South Narcotics Division as an undercover.

The Conviction Review Unit reviewed all Brooklyn convictions in which these 13 ex-officers were involved. Cases where they acted as primary witnesses, and there was no other independent evidence to support a conviction, were flagged for dismissal. Defense lawyers and the Court have been notified of the pending dismissals.

The case review was conducted by Assistant District Attorney Eric Sonnenschein, Deputy Chief of the District Attorney's Post-Conviction Justice Bureau, and Assistant District Attorneys John Sharples and Bruce Alderman of the Conviction Review Unit, under the supervision of Assistant District Attorney Charles Linehan, Chief of the Conviction Review Unit.

#

# Exhibit B

Covering crime and court proceedings in the tri-state

BROOKLYN

# Brooklyn DA Seeks to Vacate 378 Convictions Tied to Guilty Cops, One of Largest US Mass Exonerations

[illegible] announcement marks one of the largest mass exonerations [illegible] including the Brooklyn district attorney's office

Published September 7, 2022 • Updated on September 7, 2022 at 3:03 pm

Log in or create a free profile to save articles



Getty Images

The Brooklyn district attorney's office is asking a court to vacate nearly 400 convictions, 12% of them felonies, that were directly based on the work of 13 former NYPD officers who were later found guilty of crimes committed while on duty, Eric Gonzalez's office announced Wednesday.

The push to dismiss the 378 convictions – 47 felonies and 331 misdemeanors – marks the sixth largest mass dismissal of convictions in U.S. history, according to data collected by the National Registry of Exonerations, Gonzalez said.

His office's Conviction Review Unit looked at all those cases and while it did not uncover misconduct, the district attorney has lost confidence in cases where these officers served as essential witnesses, meaning the cases couldn't have been prosecuted without their testimony, Gonzalez's office said.

**Watch NBC 4 free wherever you are**

His office plans to ask Brooklyn Supreme Court Justice Matthew D'Emic to begin dismissing the felony convictions Wednesday afternoon. The process for misdemeanor convictions will begin in Brooklyn Criminal Court next month.

Defendants will not be entitled to refunds of fees or fines. Defense lawyers and the court system have been notified of the pending dismissals, Gonzalez said.

The review is an outgrowth of the district attorney's April 2021 decision to dismiss 90 convictions that relied on the work of former Detective Joseph Franco, who has been indicted in Manhattan for multiple perjuries. That decision not only led other city district attorneys to follow suit but also sparked a review of past cases that were handled by other police officers who were similarly charged and convicted of misconduct that directly related to their job duties.

A total of 13 officers were identified in the review. The vast majority of the cases where they were deemed essential witnesses are misdemeanor possession of a controlled substance and other drug offenses, with the second-largest category being vehicular and traffic law violations. The convictions

because of these convictions, Gonzalez's office said.

**Local**



1 HOUR AGO

SUV driver who allegedly drove at NYC family after sexual rebuff is arraigned



3 HOURS AGO

NYC health officials warn of possible measles exposure in parts of Manhattan

About half the arrests (191) were made by four officers who were implicated in the Brooklyn South Narcotics corruption scandal in the late 2010s. Another 78 were made by two narcotics officers who pleaded guilty in 2019 to receiving a bribe in the form of sexual acts from a detainee. Most of the other officers were convicted of various crimes in other boroughs or in federal courts.

The Legal Aid Society commended Gonzalez's move in a statement Wednesday but said it doesn't change the fact that the hundreds of people whose convictions he wants to dismiss were forced to endure hardships they never should have faced.

"Some individuals lost years of their lives serving prison sentences and many suffered collateral harm including housing instability, loss of employment, and severed access to critical services, all because of the words of these corrupt police officers," the statement from Legal Aid said. "We urge DA Gonzalez and all of the other New York City District Attorneys to conduct these reviews on an ongoing basis and with full transparency, not just in response to public pressure, but as their duty to 'do justice.' To do otherwise erodes the public's trust in law enforcement and the criminal legal system."

## These Are the Ex-NYPD Cops at the Heart of Brooklyn DA's Review

The Brooklyn district attorney's office released a full list of the former officers whose work was scrutinized as part of the review. The office also provided the number of convictions associated with each ex-cop that it is seeking to vacate.

drugs in 2007 while assigned to the Brooklyn South Narcotics Division

- Michael Arenella (3) – convicted of petit larceny for taking money from an undercover in 2007 while assigned to Brooklyn South Narcotics Division
- Michael Bergmann (1) – pleaded guilty to perjury in connection with a 2019 incident in which he testified falsely in the grand jury that a suspect almost ran him and his partner over with a car; video obtained by the Brooklyn DA's Office showed this didn't happen
- Jerry Bowens (134) – pleaded guilty to murder and falsifying business records. While assigned to Brooklyn South Narcotics Division in 2008, he supplied drugs to an informant in exchange for information. While his criminal case was pending, in 2009, he shot and killed his ex-girlfriend
- Richard Danese (4) – pleaded guilty to disorderly conduct in Staten Island in connection with a Halloween 2007 incident in which he and his partner unlawfully imprisoned a 14-year-old boy suspected of misconduct and abandoned him in a marsh
- Sasha Diaz (15) – pleaded guilty to perjury in Manhattan for falsely testifying to a grand jury about observing a firearm in 2014; also convicted in Queens of offering a false instrument for filing, in which she lied about observing a drug deal
- Michael Foder (27) – pleaded guilty to federal perjury charges in the Eastern District of New York for testifying falsely at a 2018 hearing about when and how he conducted photo arrays of two robbery suspects in Brooklyn
- Richard Hall (18) – pleaded guilty to bribe receiving and official misconduct for releasing a woman from custody in exchange for sexual favors from her in 2017
- Sean Johnstone (40) – convicted of conspiracy for paying off informants with drugs in 2007, while assigned to the Brooklyn South Narcotics Division as an undercover
- Admir Kacamakovic (14) – pleaded guilty in federal court for civil rights violations for assaulting a bar patron with pepper spray and unlawfully detaining him while in uniform in 2008
- Eddie Martins (60) – pleaded guilty to bribe receiving and official misconduct for releasing a woman from custody in exchange for sexual favors from her in 2017
- Oscar Sandino (43) – pleaded guilty to deprivation of civil rights for forcing a woman he arrested to perform oral sex in a Queens stationhouse bathroom in 2008; also pleaded guilty to assaulting an off-duty court officer who was in custody
- Henry Tavarez (5) – pleaded guilty to offering a false instrument for filing for making false statements regarding a buy-and-bust operation in 2009 while assigned to Queens South Narcotics

# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS:

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br>-against-<br>JEFFREY NESGI,<br>DEFENDANT. | WRIT OF ERROR CORAM NOBIS<br><br>Kings County<br>Indictment Number:<br><br>SCI-01507-2015 |

WHEREAS on or about November 4, 2022, defendant, *in absentia*, through defendant's counsel, moved to vacate defendant's conviction pursuant to a *writ of error coram nobis*.

WHEREAS on or about November 4, 2022, the People responded that they have not identified any information or evidence indicative of innocence or of fabricated evidence and that probable cause existed for defendant's arrest, but that, nonetheless, in the interests of justice, which includes enhancing community trust in the criminal justice system and the proper preservation and prioritization of limited prosecutorial and judicial resources and pursuant to prosecutorial discretion, the People consent to the defendant's petition for a *writ of error coram nobis*.

THEREFORE, IT IS ORDERED that defendant's judgment of conviction under the above-referenced Supreme Court Information be vacated;

IT IS FURTHER ORDERED that the above-referenced Supreme Court Information is dismissed with prejudice; and

IT IS FURTHER ORDERED that defendant is not entitled to a refund of any court fees, assessments, fines, restitution and or forfeiture defendant may have paid.

Dated: Brooklyn, New York
November 4, 2022

HON.

HON. MATTHEW J. D'EMIC

# Exhibit D

Sign up



Crime & Safety

EXHIBIT A

# Brooklyn DA To Toss Nearly 400 Convictions Linked To Crooked NYPD Cops

The mass conviction dismissal by Brooklyn District Attorney Eric Gonzalez is the sixth-largest in U.S. history, officials said.

Matt Troutman, Patch Staff

Posted Wed, Sep 7, 2022 at 2:38 pm ET



More than 400 convictions linked to 13 NYPD officers convicted of misconduct on duty will be dismissed, said Brooklyn District Attorney Eric Gonzalez. (Renee Schiavone/Patch)

NEW YORK CITY — Nearly 400 convictions could be tossed because of their links to 13 NYPD officers convicted of misconduct, said Brooklyn District Attorney Eric Gonzalez.

ADVERTISEMENT

Gonzalez's plan will be the sixth-largest mass conviction dismissal in United States history, officials said Wednesday.

Prosecutors planned that day to ask a judge to dismiss 47 felony convictions after a conviction review unit found those cases that couldn't have been pursued without testimony from cops later found to be crooked, Gonzalez said.

Find out what's happening in New York Cityfor free with the latest updates from Patch.

Your email address

"These former police officers were found to have committed serious misconduct that directly relates to their official job duties, calling into question the integrity of every arrest they have made," he said in a statement.

"A thorough review by my Conviction Review Unit identified those cases in which their testimony was essential to proving guilt, and I will now move to dismiss those convictions as I no longer have confidence in the integrity of the evidence that underpinned them."

ADVERTISEMENT

In total, Brooklyn prosecutors plan to ask judges to vacate 378 convictions, most of which are misdemeanors, largely consisting of drug and traffic cases, authorities said.

No one is currently incarcerated because of those convictions between 1999 and 2017, prosecutors said.

ADVERTISEMENT

The dismissals stemmed from Gonzalez's decision last year to dismiss 90 convictions that relied on former NYPD Detective Joseph Franco, who was indicted on perjury charges, officials said. It prompted further investigations into other cops similarly charged and convicted of on-duty misconduct.

Thirteen such ex-NYPD officers were eventually identified by Brooklyn investigators, prosecutors said. All were the

ADVERTISEMENT

Those cops, along with the number of requested dismissed convictions, are, ... ng to prosecutors:

- **Jason Arbeeny**, who was convicted of official misconduct and related charges for planting drugs in 2007 while assigned to the Brooklyn South Narcotics Division. He is linked to 14 convictions.
- **Michael Arenella**, who was convicted of petit larceny for taking money from an undercover in 2007 while assigned to Brooklyn South Narcotics Division. He's linked to three convictions.
- **Michael Bergmann**, who pleaded guilty to perjury in connection with a 2019 incident in which he testified falsely to a grand jury that a suspect almost ran him and his partner over with a car. Video obtained by Brooklyn prosecutors showed this didn't happen. One conviction is linked to him.
- **Jerry Bowens**, who pleaded guilty to murder and falsifying business records. While assigned to Brooklyn South Narcotics Division in 2008, he gave drugs to an informant in exchange for information. While his criminal case was pending, he shot and killed his ex-girlfriend in 2019, authorities said. He is linked to 134 cases.
- **Richard Danese**, who pleaded guilty to disorderly conduct in Staten Island after a Halloween 2007 incident in which he and his partner unlawfully imprisoned a 14-year-old boy and abandoned him in a marsh. He's linked to four cases in the requested dismissals.
- **Sasha Diaz**, who pleaded guilty to perjury in Manhattan for falsely testifying to a grand jury about seeing a firearm in 2014. She was also convicted in Queens for lying about observing a drug deal. She is linked to 14 convictions.
- **Michael Foder**, who pleaded guilty to federal perjury charges in the Eastern District of New York for testifying falsely at a 2018 hearing about when and how he conducted photo arrays of two robbery suspects in Brooklyn. Prosecutors linked 27 convictions to him that they seek to vacate.
- **Richard Hall**, who pleaded guilty to bribe receiving and official misconduct after he released a woman from custody in exchange for sexual favors from her in 2017. He's linked to 18 convictions.
- **Sean Johnstone**, who was convicted of conspiracy for paying off informants with drugs in 2007, while assigned to the Brooklyn South Narcotics Division as an undercover. Prosecutors linked him to 40 convictions that they want to vacate.
- **Admir Kacamakovic**, who pleaded guilty in federal court for civil rights violations after he assaulted a bar patron with pepper spray and unlawfully detained the man while in uniform in 2008. He's linked to 14 convictions.
- **Eddie Martins**, who pleaded guilty to bribe receiving and official misconduct after he released a woman from custody in exchange for sexual favors in 2017. He is linked to 60 convictions that prosecutors seek to dismiss.
- **Oscar Sandino**, who pleaded guilty to deprivation of civil rights for forcing a woman he arrested to perform oral sex in a Queens station house bathroom in 2008. He also pleaded guilty to assaulting an off-duty court officer who was in custody. Prosecutors linked 43 convictions to him that they seek to vacate.
- **Henry Tavarez**, who pleaded guilty for making false statements regarding a buy-and-bust operation in 2009 while assigned to Queens South Narcotics Division as an undercover. He's linked to five convictions.

(Descriptions above were provided by the Brooklyn District Attorney's Office.)

*Get more local news delivered straight to your inbox. Sign up for free Patch newsletters and alerts.*

Share

Around The Web

REVCONTENT

ADVERTISEMENT