MICHAEL L. SOSHNICK
*Attorney at Law*
170 OLD COUNTRY ROAD
SUITE 307
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE
ERIC P. DEBARBA

Tel: 516-294-1111
Fax: 516-294-5465
MSOSHNICK@SOSHNICKLAW.COM

August 11, 2026

VIA ECF
Hon. Rachel P. Kovner
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 4E-N

Re: **Nesgi v. The City of New York (City) et al.**
**Docket No.: 1:25-cv-05214-RPK-VMS**

Dear Judge Kovner:

I am the attorney for Jeffrey Nesgi, the Plaintiff in the above-referenced case. I am writing in regard to ECF entry 36 entered on the docket on August 7, 2026 which contains an error:

> **"AMENDED COMPLAINT Asserting Individual Liability Claim against Jeffrey Nesgi, filed by Jeffrey Nesgi. (Attachments: # (1) Exhibit A-E, # (2) Exhibit F-J) (Soshnick, Michael)"**

The error which requires correction is that the entry should read that the individual liability claim is asserted against Eddie Martins by Jeffrey Nesgi,, and Martins name was inadvertently omitted, My office contacted the ECF support team at the Eastern District of New York Clerk's Office which directed that any request for a correction must be approved by the Court.

As such, I respectfully request that this Honorable Court direct that the clerk amend docket entry 36 to read:

> **"AMENDED COMPLAINT Asserting Individual Liability Claim against Eddie Martins, filed by Jeffrey Nesgi. (Attachments: # (1) Exhibit A-E, # (2) Exhibit F-J) (Soshnick, Michael)"**

Thank you for your courtesy and consideration.

Respectfully submitted,
*Michael Soshnick*
Michael L. Soshnick, Esq.